WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Ortiz,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Zurich American Insurance Company; Sedgwick Claims Management Services, Inc.; Kelly Thompson; XYZ Corporations; John Does 1-26,<br><br>　　　　　　Defendants. | No. CV-13-02097-PHX-JAT<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT RE: PUNITIVE DAMAGES** |

Pursuant to the stipulation between the parties (Doc. 101), and based on counsel's representations, made pursuant to Rule 11, that counsel will be unable to complete the reply in this case on time because access to the entire law office will be restricted or impossible due to the Superbowl,

**IT IS HEREBY ORDERED** that the deadline for Defendant to file the Reply in Support of Its Motion for Summary Judgment re: Punitive Damages is extended to **February 6, 2015.**

Dated this 27th day of January, 2015.

_____
James A. Teilborg
Senior United States District Judge